IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | NO. 16-19-1 |
| ALLEN CARTER | |

## ORDER

**AND NOW,** this 6th day of August 2024, upon consideration of Allen Carter's Motion for Sentence Modification (ECF No. 123) and Motion for Appointment of Counsel (ECF No. 124), the Government's Response (ECF No. 134), and all relevant documents, it is **ORDERED** that the Motions are **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.