# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 16-19 |
| ALLEN CARTER | |

## ORDER

**AND NOW**, this 21st day of November, 2025, upon consideration of Allen Carter's Motion for Compassionate Release (Dkt. No. 140) and the Government's Response (Dkt. No. 146), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.